Bethany G. Lukitsch, Bar No. 314376
blukitsch@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, California 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

Michael A. Kushner, Bar No. 335840
mkushner@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Blvd, Suite 900
Costa Mesa, California 92626-7221
Telephone: 714.754.6600
Facsimile: 714.754.6611

Attorneys for Defendant
DOTDASH MEDIA, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TYLER MAGHONEY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOTDASH MEDIA, INC.,

Defendant.

Case No.: 3:24-cv-02394-AJB-AHG

Assigned to the Hon. Anthony J. Battaglia, Courtroom 4A

**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

[Filed concurrently with Memorandum of Points and Authorities ISO Motion, Declaration of James Vint ISO Motion, and Declaration of Sara Michael ISO Motion]

**<u>Hearing</u>**
**Date:** **July 3, 2025**
**Time:** **2:00 p.m.**
**Courtroom:** **4A**

Action Filed: December 19, 2024

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 3, 2025 at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom 4A of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, CA 92101, Defendant Dotdash Media, Inc. ("Dotdash") will move the Court (the "Motion"), pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), for an order dismissing with prejudice Plaintiff Tyler Maghoney's Class Action Complaint ("Complaint"). This Motion is made on the grounds that this Court does not have personal jurisdiction over Dotdash, Plaintiff has not established Article III standing, and Plaintiff has failed to state a claim. More specifically:

1. This Court lacks personal jurisdiction over Dotdash because Dotdash is not subject to general jurisdiction or specific jurisdiction in California;
2. This Court lacks Article III standing to hear this case because Plaintiff has not plausibly pled a cognizable injury-in-fact; and
3. Plaintiff's nine causes of action must be dismissed for failure to state a claim as Plaintiff cannot establish the requisite elements to any of these causes of action, such that any of Plaintiff's claims are facially plausible.

This Motion is based upon this notice; the Memorandum of Points and Authorities in support thereof; the Declaration of James Vint in support thereof; the Declaration of Sara Michael in support thereof; all oppositions and replies thereto; and such other oral argument and documentary evidence as may be presented at or before the time of the hearing on this Motion.

//

//

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

DATED: March 12, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Michael A. Kushner

Attorneys for Defendant
DOTDASH MEDIA, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA