Bethany G. Lukitsch, Bar No. 314376
blukitsch@bakerlaw.com
Andrew C. Burnquist, Bar No. 359076
aburnquist@bakerlaw.com
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, California 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

Michael A. Kushner, Bar No. 335840
mkushner@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Blvd, Suite 900
Costa Mesa, California 92626-7221
Telephone: 714.754.6600
Facsimile: 714.754.6611

Attorneys for Defendant
DOTDASH MEDIA, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TYLER MAGHONEY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

DOTDASH MEDIA, INC.,

Defendant.

Case No.: 3:24-cv-02394-AJB-AHG

Assigned to the Hon. Anthony J. Battaglia, Courtroom 4A

**DEFENDANT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

*[Hearing vacated per Dkt. No. 28]*

Action Filed: December 19, 2024

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Dotdash Media, Inc. hereby submits the following supplemental authority in support of its Motion to Dismiss Plaintiff's First Amended Class Action Complaint filed on April 23, 2025 [Dkt. No. 21]:

- An order from the United States Court of Appeals for the Ninth Circuit in *Popa v. Microsoft Corporation,* No. 2:23-cv-00294-JLR, 2025 WL 2448824 (9th Cir. August 26, 2025), attached hereto as **Exhibit 1**;

DATED: August 27, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Bethany G. Lukitsch*
Bethany G. Lukitsch
Michael A. Kushner
Andrew C. Burnquist

Attorneys for Defendant
DOTDASH MEDIA, INC.