

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyler Maghoney individually and on behalf of others similarly situated | Civil Action No. 24-cv-2394-AJB-BJW |
| **Plaintiff,** | |
| V. | |
| Dotdash Media, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to amend or otherwise communicate with the Court. The case is hereby closed.

**Date:**        5/14/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata

M. Quinata, Deputy